AUSA: Stephen Carr  Telephone: (313) 226-9100
Task Force Officer: James Reeves  Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Craig Todd Patterson Jr. | Case: 2:26−mj−30024<br>Assigned To : Unassigned<br>Case No. Assign. Date : 1/13/2026<br>Description: USA V. SEALED (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2025__ in the county of __Wayne__ in the __Eastern__ District of __District__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm |
| 21 U.S.C. § 841(a) | Possession with intent to distribute |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

James Reeves, Task Force Officer - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 13, 2026__

*Judge's signature*

City and state: __Detroit, MI__   Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## Affidavit in Support of Criminal Complaint

1. I, James Reeves, being first duly sworn, hereby state:

### Introduction

2. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

3. I have been a Task Force Officer with the ATF since December 2023. Prior to becoming a Task Force Officer with the ATF, I worked for six years as a police officer and detective with the City of Detroit, in Michigan.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

5. This affidavit is intended to show merely that there is

probable cause for the requested complaint and does not set forth every fact related to the investigation. Rather, I have set forth a summary of the investigation to date to establish that Craig Patterson has violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

**Probable Cause**

6. In 2004, Patterson was convicted in Wayne County's Third Circuit Court of delivering/manufacturing a controlled substance, a crime punishable by more than a year in prison.

7. In my experience, before a defendant is convicted of a felony offense, he is told about the maximum possible penalties for the offense. Thus, Patterson would have been aware of his prior felony conviction.

8. ATF conducted three undercover transactions where agents purchased two privately made firearms, a 9mm pistol and AR-15 style pistol, as well as a Chinese made AK-47 style rifle. ATF agents also purchased suspected fentanyl pills from Patterson.

9. In November 2025, in Detroit, Michigan, in the Eastern District of Michigan, Southern Division, a ATF Special Agent purchased a privately made 9mm pistol, bearing no serial number, equipped with a high capacity magazine and containing 21 live 9mm rounds firearm from

Patterson at Patterson's residence.



*Patterson Selling Privately Made Pistol*

10. On a second occasion again in November 2025, ATF agents purchased a 7.62 caliber AR-style pistol, bearing no serial number, and equipped with one high-capacity magazine containing 5 live 7.62 rounds of ammunition for $1000.





***Patterson Selling Privately Made AR-style Pistol***

11. In December 2025, ATF agents setup a third purchase from Patterson at his residence. ATF agents purchased a Chinese made SKS 7.62 caliber rifle, equipped with two high-capacity magazines and a plastic baggie containing 1.3 gross grams of suspected fentanyl again at his residence in Detroit.



*Chinese-Made AK-47 Style Rifle Sold by Patterson*



*Patterson Selling Suspected Fentanyl Pills*

12.   On December 19, 2025, Special Agent Joshua McLean, an ATF Interstate Nexus Expert, examined the Simonov (Chinese State Arsenal, Factory 316), Type 56 SKS style (variant), Rifle, 7.62 x 39mm caliber, recovered from the undercover purchase in December.

13.   Based upon his analysis, Special Agent McLean concluded

that the Simonov rifle is a firearm as defined under 18 U.S.C. § 921. He also advised that the firearm was manufactured outside of the state of Michigan and therefore had traveled in and affected interstate commerce.

## Conclusion

14. Probable cause exists that Craig Todd Patterson violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm), and 21 § U.S.C. 841(a) (possession with the intent to distribute controlled substances) within the Eastern District of Michigan.

Respectfully submitted,

*James Reeves*
James Reeves
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
HON. Elizabeth A. Stafford
United States Magistrate Judge

Date: January 13, 2026